

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2014

No. 04-08-00358-CR

Adam Jay **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A05-467
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

The Panel has considered the Appellant's Motion for Reconsideration, and the motion is DENIED.

It is so **ORDERED** on the 21st day of August, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court